# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Oscar Alechvargas             Case No. 18-17727-LMI  
       Yaima Alechvargas            Chapter 13  
_____Debtor(s)___/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

       **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

       **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

       **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

       **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐     301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 8 | LVNV Funding LLC C/O Resurgent Capital Services | $13,136.01 |

Basis for Objection and Recommended Disposition

On or about August 21, 2018, Creditor filed a secured proof of claim in the amount of $13,136.01 with a secured portion of $4,900.00 and a general unsecured portion of $8,236.01 for a 2005 Suzuki GSX1300RK5 VIN: JS1GW71A652111672 (motorcycle). The motorcycle was stolen about ten years ago and no payments have been made since then. Thus, this claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed in its entirety.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 4 | Quantum3 Group LLC as agent for MidCountry Bank | $5,868.22 |

Basis for Objection and Recommended Disposition

On or about August 6, 2018, Creditor filed a general unsecured proof of claim in the amount of $5,868.22 for money loaned. The Debtors do not recognize this claim and a review of their Schedule F claims does not list any such account number or claimant. The Claimant only provided an electronic copy of a purported "Closed-End Note" without the physical signatures of either debtor. Therefore, the Debtors take the position that the Creditor did not provide sufficient information and/or documentation to determine the basis of this claim. The Debtors object to allowance of the claim, in any amount, without prejudice to the Claimant filing an amended proof of claim with the appropriate documentation within 30 days from the date of this Objection. If no amendment is completed within said timeframe, the Debtors seek to strike and disallow the claim in its entirety. Debtors reserve the right to amend this objection upon receipt of additional documentation. Undersigned contacted claimant in an attempt to resolve these issues before filing the instant objection.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein. *Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on April 26, 2019 electronically to Nancy K. Neidich, Trustee and mailed to:

Resurgent Capital Services, LP
c/o Suzanne Dickson, Sec. BK Spec.
PO BOX 10675
Greenville, SC 29603-0675

Resurgent Capital Services, L.P.
c/o Bryan Faliero, CEO, President
55 Beattie Place, Suite 110,
Greenville, SC 29601

Quantum3 Group LLC
c/o Neville Strandberg, Agent
PO Box 788
Kirkland WA 98083-0788

Quantum3 Group, LLC
c/o Rui Cardoso (CEO)
12006 98th Ave NE, Suite 200
Kirkland, Washington 98034-4218

**CERTIFICATE OF ADMISSION**

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:
**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701
By: /s/ Robert Sanchez
   [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).