# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Oscar Alechvargas      Case No. 18-17727-LMI
       Yaima Alechvargas

Chapter 13

_____ Debtor(s)   /

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will _not_ have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐     301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Capital One, N.A. | $10,851.98 |

Basis for Objection and Recommended Disposition

On or about September 4, 2018, Creditor filed a secured proof of claim in the amount of $10,851.98 with a secured portion of $7,235.00 and a general unsecured portion of $3,616.98 for a KAWASAKI BRUTE FORCE 750 4X4I EPS 2015. Undersigned communicated with the Creditor prior to the filing of this objection but has not received a response to resolve this claim. Debtors will surrender the

collateral and request that the claim be allowed as filed, but without any distributions from the Chapter 13 Trustee on the unsecured portion.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 3 | Santander Consumer USA, Inc. dba Chrysler Capital | $28,807.30 |

Basis for Objection and Recommended Disposition

On or about July 20, 2018, Creditor filed a secured proof of claim in the amount of $28,807.30 with a secured portion of $25,675.00 and a general unsecured portion of $3,132.30 for a 2015 FORD TRU F250 SUPER D. Said creditor will be paid outside the plan and directly to the Creditor. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.
*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true copy of the foregoing was sent on May 13, 2019 electronically to Nancy K. Neidich, Trustee and mailed to:

**\*Denotes CERTIFIED MAIL**

Chrysler Capital
c/o Amy Hudson, BK Spec.
PO Box 961275
Fort Worth, TX 76161

Santander Consumer USA
c/o Amy Hudson, BK Spec.
PO Box 961275
Fort Worth, TX 76161

**\*Santander Consumer, USA, Inc**
c/o CEO Scott Powell
1601 Elm Street, Suite 800
DALLAS, TX 75201

Portfolio Recovery Associates, LLC
c/o Erin M. Lazek, BK Rep.
POB 41067
Norfolk VA 23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Graves, Christopher Barclay, President
120 CORPORATE BLVD., Suite 100
NORFOLK, VA 23502

PRA RECEIVABLES MANAGEMENT, LLC
c/o Andrew, Berardi, President
130 CORPORATE BLVD.
NORFOLK, VA 23502

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).