**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Oscar Alechvargas                           Case No. 18-17727-LMI
       Yaima Alechvargas
                                                   Chapter 13
_____Debtor(s)____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 16 | Navient Solutions, LLC on behalf of Department of Education Loan Services | $17,172.02 |

Basis for Objection and Recommended Disposition

On or about September 6, 2018, Creditor filed a general unsecured proof of claim in the amount of $17,172.02 for a student loan. The Debtors are proposing a 100% plan and will pay this Creditor direct and outside the plan since this is a non-dischargeable obligation. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

[Comment: See also Bankruptcy Rule 9011 (effect of signature) and Local Rules 7026-1(E) (motions to compel discovery) and 9076-1 (electronic service).]

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on June 14, 2019 electronically to Nancy K. Neidich, Trustee and mailed to:

Navient Solutions, LLC on behalf of:
The Department of Education
PO Box 9635
Wilkes Barre, PA 18773-9635

Navient Solutions, LLC
c/o Jennifer Musial, Spec.
220 Lasley Ave
Wilkes-Barre, PA 18706

U.S. Department of Education
c/o Betsy DeVos, Sec. of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
     [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).