# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 18-17727-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

OSCAR ALECHVARGAS
YAIMA ALECHVARGAS

DEBTORS_____/

## NOTICE OF WITHDRAWAL OF (ECF# 83) TRUSTEE'S MOTION TO DISMISS CASE

Notice is hereby given that the Trustee's Motion to Dismiss Case (ECF# 83) filed on behalf of Trustee Nancy K. Neidich, is hereby withdrawn.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Trustee's Motion to Dismiss Case was mailed to those parties listed below on this 4th day of January, 2021.

      */s/ Nancy K. Neidich*_____
      NANCY K. NEIDICH, ESQUIRE
      STANDING CHAPTER 13 TRUSTEE
      P.O. BOX 279806
      MIRAMAR, FL  33027-9806

NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CASE
CASE NO.: 18-17727-BKC-LMI

**COPIES FURNISHED TO:**

**DEBTORS (VIA MAIL)**
OSCAR & YAIMA ALECHVARGAS
660 E 54 STREET
HIALEAH, FL  33013-1664

**ATTORNEY FOR DEBTORS (VIA ECF)**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012